HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
LETTICA MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LETTICIA MONTES,<br><br>Defendant. | Case No. 2:16 PO-00363-DB<br><br>STIPULATION AND PROPOSED ORDER TO VACATE THE TRIAL DATE AND SET FOR A STATUS CONFERENCE<br><br>Date: February 7, 2017<br>Time: 10:00a.m.<br>Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Letticia Montes, that the trial date scheduled for January 12, 2017 be vacated and set for a status conference to be held on to February 7, 2017 at 10:00 a.m.

This continuance is necessary as defense is still evaluating evidence and needs time to hold discussions with her client in furtherance of resolution.

DATED: January 10, 2017                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/Linda Allison
                                           LINDA ALLISON
                                           Chief Assistant to the Federal Defender
                                           Attorneys for Defendant
                                           LETTICIA MONTES

DATED: January 10, 2017					PHILLIP A. TALBERT
							United States Attorney

							/s/Justin Lee
							Justin Lee
							Assistant U.S. Attorney
							Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the January 12, 2017 trial date shall be vacated and set for a status conference on February 7, 2017 at 10:00 a.m.

Dated:  January 11, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE